1  JONATHAN O. PENA, ESQ.
2  CA Bar ID No. 278044
3  Peña & Bromberg, PLC
4  2440 Tulare St., Suite 320
   Fresno, CA  93721
5  Telephone: 559-412-5390
6  Fax: 866-282-6709
   info@jonathanpena.com
7  Attorney for Plaintiff
8
9              UNITED STATES DISTRICT COURT
10             EASTERN DISTRICT OF CALIFORNIA
11
12  Juan Villalon,                    )   Case No. 1:20-cv-01830-SKO
                                      )
13            Plaintiff,              )   STIPULATION AND ORDER FOR
                                      )   EXTENSION OF TIME
14       vs.                          )
                                      )   (Doc. 23)
15  Kilolo Kijakazi, Acting           )
    Commissioner of Social Security,  )
16                                    )
            Defendant.                )
17                                    )
                                      )
18                                    )
                                      )
19                                    )
20
21       IT IS HEREBY STIPULATED, by and between the parties through their
22  respective counsel of record, with the Court's approval, that Plaintiff shall have a
23  30-day extension of time, from October 5, 2021 to November 4, 2021, for Plaintiff
24  to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY
25  JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended
26  accordingly.
27       This is Plaintiff's second request for an extension of time.   Good cause
28  exists for this request.

1

Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing. Counsel has a greater than usual number of merit briefs due in September and October 2021. For the remainder of September 2021, Counsel for Plaintiff has about 4 briefs due ranging from confidential settlement proposals, opening briefs and replies. Counsel also has many merit briefs due in October 2021. Counsel also has an administrative hearing calendar in excess of 4 cases for the remainder of September and 27 hearings in October 2021.

Thus, Counsel is requesting an extension until November 4, 2021 to accommodate the number of cases due in September and October 2021. Also, Counsel is in the process of increasing support staff to accommodate the increase in the number of cases at the briefing stage.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 28, 2021   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: September 28, 2021   PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: *(underline)*/s/ Geralyn Gulseth*(/underline)*
   Geralyn Gulseth
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on September 28, 2021)

# **ORDER**

Pursuant to the parties' foregoing second stipulation (Doc. 23), IT IS HEREBY ORDERED that Plaintiff shall have until November 4, 2021, to file his Motion for Summary Judgment. All other dates in the Scheduling Order (Doc. 18) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 30, 2021**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE